FILED

OCT 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ANTHONY L. WEBB. | No. 10-72439 |
| ANTHONY L. WEBB, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO), Respondent, PEOPLE OF CALIFORNIA, Real Party in Interest. | D.C. Nos. 3:09-cv-06008-JSW  3:10-cv-01797-JSW  3:10-cv-03274-JSW  Northern District of California, San Francisco  ORDER |

Before: O'SCANNLAIN, TROTT and W. FLETCHER, Circuit Judges.

The petition for a writ of mandamus is denied without prejudice to the filing of a new petition if the district court has not taken any action in petitioner's three pending cases (3:09-cv-06008-JSW, 3:10-cv-01797-JSW, and 3:10-cv-03274-JSW) within 90 days of the filing date of this order.

All pending motions are denied as moot.

lc/MOATT